UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NAVIGATORS SPECIALTY
INSURANCE COMPANY,

                    Plaintiff,

        v.

INLAND WASHINGTON, L.L.C.,
et al.,

                    Defendants.

C17-1869 TSZ

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

        (1)     The stipulated motion, docket no. 6, filed by plaintiff Navigators Specialty Insurance Company and defendant United Specialty Insurance Company ("USIC"), is GRANTED, and the deadline for USIC to file a responsive pleading or motion is EXTENDED to March 19, 2018.

        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

        Dated this 2nd day of March, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1